UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE,<br><br>         Plaintiff,<br> v.<br>MICHAEL ANDERSON, et al.,<br><br>         Defendants. | Case No. 2:16-cv-00757-JCM-PAL<br><br>**ORDER**<br><br>(Mot. Ext. Time – ECF No. 68) |

This matter is before the court on plaintiff Victor Tagle's Motion to Extend Time (ECF No. 68), filed June 18, 2018.[1] This motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. The court has considered the motion and defendants' Limited Opposition (ECF No. 69). No reply was filed and the deadline to do so has now expired.

The motion requests an extension of the Scheduling Order (ECF No. 47) entered April 13, 2018. The scheduling order set July 11, 2018, as the deadline for discovery to be completed. Defendants' limited opposition indicates they have no objection to "a reasonable extension of discovery for thirty (30) days." Mr. Tagle, is incarcerated and timely filed his request to extend the discovery deadline. However, given the volume of cases the court has and the amount of time it has taken to address the motion, a thirty-day extension is not realistic.

Having considered the motion, and for good cause appearing,

/ / /

/ / /

---

[1] Most of Tagle's hand-written motion is not sufficiently legible to enable the court or any opposing party to fully understand it. Mr. Tagle is advised that the court accepts handwritten pleadings or documents, but they must be neatly written to allow the court to easily read and understand the content. *See* LR IA 10-1(a)(2) ("Handwriting must be legible…."). Any future illegible or unintelligible filings may be stricken from the court's docket without prejudice to resubmitting clear and readable filings. *See* LR IA 10-1(d).

1

**IT IS ORDERED:**

1. Plaintiff Victor Tagle's Motion to Extend Time (ECF No. 68) is **GRANTED**.
2. The Scheduling Order (ECF No. 47) deadlines are extended as follows:
    a. Discovery in this action shall be completed on **October 16, 2018**.
    b. Discovery motions shall be filed and served no later than **October 30, 2018**.
    c. Motions for summary judgment shall be filed and served no later than **November 29, 2018**.
    d. The parties shall file a joint pretrial order on or before **December 28, 2018**, but if motions for summary judgment are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision on such motions or until further order of the court.

Dated this 17th day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE