UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　Plaintiff,<br>　v.<br>MICHAEL ANDERSON et al.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00757-JCM-PAL<br><br>ORDER |

Presently before the court is defendants Adam Laxalt and Gerri Lynn's motion to extend the deadline to file motions for summary judgment. (ECF No. 104).

The court set the deadline to file motion for summary judgment on November 29, 2018. (ECF No. 81). On that day, the movants filed the instant motion stating that they could not comply with the deadline due to "the number of defendants in this case and Plaintiff's extensive motion practice." (ECF No. 104). Good cause appearing, the court grants the movant's motion and extends the deadline to file motion for summary judgment to December 17, 2018.

Accordingly,

IT IS HEREBY ORDERED that Laxalt and Lynn's motion to extend time (ECF No. 104) be, and the same hereby is, GRANTED.

DATED December 10, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE