UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ANDERSON, et. al, <br><br> Defendants. | Case No. 2:16-cv-00757-JCM-BNW <br><br> **ORDER** |

Presently before the Court are plaintiff Victor Tagle's motions for intervention (ECF Nos. 174 & 177). Tagle seeks to have the District of Nevada's chief judge intervene in this matter to review decisions that Tagle asserts are the result of this Court's discrimination and neglect.

The district judge found that Tagle failed to exhaust his administrative remedies, as required by the Prison Litigation Reform Act. (ECF No. 170 at 4–5.) Based on this finding, the district judge granted summary judgment in favor of defendants on all of Tagle's claims. (*Id.*) This case, therefore, is closed. Accordingly, both motions will be denied.[1] Tagle may not file motions in this closed case.

IT IS THEREFORE ORDERED that Tagle's motions for intervention (ECF Nos. 174 & 177) are DENIED.

DATED: February 4, 2020.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] Setting aside the procedural posture of this matter, the Court notes that Tagle did not cite, and the Court could not identify, any authority that allows for the relief that he seeks.